USDC SCAN INDEX SHEET










HMR    2/11/99    15:00
3:99-CR-00334    USA V. BECERRA
*1*
*CRR20FR.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 98-368 PHX SMM |
| v. ) | |
| CARLOS BECERRA, ) | |
| ) | |

99cr334-J

**Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)**

FILED JAN 26 1999
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

FILED FEB - 8 1999
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, **CARLOS BECERRA**, defendant, have been informed that an indictment is pending against me in the above-designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of California in which I reside, and to waive trial in the above-captioned district.

Dated: 1/20/99 _____, 1999 at SAN DIEGO, CALIFORNIA
(Location)

_____
**CARLOS BECERRA**
(Defendant)

_____
(Witness)

_____
**PATRICK Q. HALL**
(Counsel for Defendant)

## APPROVED:

_____
**PATRICK J. SCHNEIDER**
Assistant United States Attorney
District of Arizona
   at Phoenix

hereby attest and certify on 2-3-99
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _Ruth E. Williams_ Deputy

_____
**ALANA M. WONG**
Assistant United States Attorney
Southern District of California
   at San Diego

FORM USA-153
01/11/99 ves

```
FILED ___ LODGED
___ RECEIVED ___ COPY

    JUN 17 1998

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS HUMBERTO BECERRA, JR.,<br><br>Defendant. | NO. **CR 98-368 PHX-SMM**<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 922(a)(6)<br><br>**FALSE STATEMENTS IN THE ACQUISITION OF A FIREARM** |

THE GRAND JURY CHARGES:

On or about April 19, 1996, in the District of Arizona, CARLOS HUMBERTO BECERRA, JR., did knowingly make a false and ficticious statement to a licensed firearms dealer in connection with the acquisition of a firearm therefrom, which was intended and was likely to deceive such dealer, with respect to a fact material to the lawfulness of the sale or other disposition of such firearm; to wit: CARLOS HUMBERTO BECERRA, JR. did knowingly make false and ficticious statements in connection with the purchase of a Beretta, Model 950, 25 caliber pistol from Firearms Inc., in Bullhead City, Arizona, on April 19, 1996, in that CARLOS HUMBERTO BECERRA, JR. falsely and ficticiously stated that he was a resident of Arizona, living at 16220 North 7th Street, #1376, in Phoenix, Arizona, and presented false, ficticious, and misrepresented identification to this effect, when in fact CARLOS HUMBERTO BECERRA, JR. was not living in Arizona and was not lawfully entitled to make said purchase.



In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

*[signature]*

FOREPERSON OF THE GRAND JURY
Date: June 17, 1998

JOSÉ de JESUS RIVERA
United States Attorney
District of Arizona

*[signature]*

PATRICK J. SCHNEIDER
Assistant U.S. Attorney

I hereby attest and certify on 2-3-99 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By *[signature]* Ruth E. Williams, Deputy

2

# United States District Court
## District of Arizona

SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA
    V.

CASE NUMBER: CR-98-368 PHX-SMM

CARLOS HUMBERTO BECERRA, JR.
156 Pepper Tree Road
Chula Vista, CA 91910

Name and Address of Defendant

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below

| Place: United States District Court<br>230 North First Avenue<br>Phoenix, Arizona 85025 | Room: 5025 Courtroom #2 |
|---|---|
| | Date and Time: July 1, 1998 10:45 a.m. |

Before: Magistrate Judge Virginia A. Mathis

To answer a(n)
[X] Indictment  [] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of Title 18 United States Code, Section(s) 922(a)(6)

Brief description of offense: False Statements in the Acquisition of a Firearm

/s/                                              June 18, 1998

Signature of Issuing Officer                        Date

       Diane Taylor

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] ____________ Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: ____________

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________

☐ Returned unexecuted: ____________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ____________
Date

____________
Name of United States Marshal

____________
(by) Deputy United States Marshal

Remarks:

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF ARIZONA

FILED

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

99 FEB -8 AM 8:57

**RONNIE HONEY**
CHIEF DEPUTY CLERK
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

**WILLIAM M. McCOOL**
CHIEF DEPUTY CLERK
JAMES A. WALSH COURTHOUSE
44 EAST BROADWAY BOULEVARD, ROOM 202
TUCSON, ARIZONA 85701-1711

February 3, 1999

Robert E. Westdal, Clerk
U.S. District Court
Southern District of California
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA   92101-8900

'99 cr 0334 J

RE:   CR 98-368-PHX-SMM (Carlos Becerra)

Dear Clerk of Court:

Enclosed are the transfer documents pursuant to F.R.Crim.P. 20. The documents include:

1)   Certified copy of docket sheet                                         XXX
2)   Certified Copy of Consent to Transfer Case purs. to Rule 20            XXX
3)   Certified Copy of Indictment                                           XXX
4)   Copy of (Summons)/Warrant/Notice (circle one)                          XXX
5)   Other:

Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to this office.

Sincerely,
RICHARD H. WEARE, DCE/CLERK

By: _Ruth E. Williams_____

Enclosures
cc:   Courtroom Deputy      U. S. Attorney
      U. S. Probation       U. S. Marshal
      Pretrial Services     Defendant's Attorney

```
                                                    CLOSED 2DAYS
                        U.S. District Court
       U.S. District Court for the District of Arizona (Phoenix)

              CRIMINAL DOCKET FOR CASE #: 98-CR-368-ALL
```

USA v. Becerra                                          Filed: 06/17/98
Dkt# in other court: None

Case Assigned to:  Judge Stephen M McNamee

CARLOS HUMBERTO BECERRA, JR         Patrick Quin Hall, Esq
  (1)                               [COR LD NTC ret]
     dft                            Seltzer Caplan Wilkins &
                                    McMahon
                                    750 B St
                                    Ste 2100
                                    San Diego, CA 92101
                                    (619)685-3003         '99 cr 0334 J

Pending Counts:

   NONE


Terminated Counts:                  Disposition

18:922(a)(6) False statements       Rule 20 to Southern District of
in the Acquisition of a             California
Firearm                             (1)
(1)


Offense Level (disposition): 4



Complaints:

   NONE



U. S. Attorneys:

   Patrick Joseph Schneider, Esq
   FAX (602)514-7694
   [COR LD NTC usa]
   US Attorney's Office
   230 N 1st Ave
   Rm 4000
   Phoenix, AZ 85025
   514-7500

Docket as of February 3, 1999 3:01 pm                      Page 1

```
Proceedings include all events.                           CLOSED
2:98cr368-ALL USA v. Becerra
                                                          2DAYS
```

```
Proceedings include all events.                              CLOSED
2:98cr368-ALL USA v. Becerra
                                                             2DAYS
6/17/98   1    INDICTMENT by USA attorney Patrick Joseph Schneider. Counts
               filed against Carlos Humberto Becerra (1) count(s) 1 (sd)
               [Entry date 06/24/98]

6/18/98   --   SUMMONS issued as to Carlos Humberto Becerra Jr ;
               arraignment hearing set for 10:45 7/1/98 for Carlos
               Humberto Becerra Jr, before Mag Judge Virginia A.
               Mathis (sd) [Entry date 06/24/98]

6/19/98   2    SUMMONS executed upon Carlos Humberto Becerra Jr on 6/19/98
               (sd) [Entry date 06/30/98]

7/1/98    3    (FILED: 7/1/98) MINUTES:  before Mag Judge Virginia A.
               Mathis  Ct Rptr: Vicki Reger/Dft Becerra present; release
               papers executed and dft released OR. First appearance of
               Carlos Humberto Becerra Jr; informed of rights, charges,
               etc.;, dft Carlos Humberto Becerra Jr appears with
               counsel Quin Hall,  dft Carlos Humberto Becerra Jr
               arraigned; Attorney Hall present;,  Carlos Humberto
               Becerra (1) count(s) 1 enters a plea of not guilty;
               pretrial motions due 7/16/98 for Carlos Humberto Becerra Jr
               trial set for 9:00 9/1/98 for Carlos Humberto Becerra Jr
               [cc: vam cd cnsl usm] [3-6] (sd) [Entry date 07/20/98]

7/1/98    4    ORDER by Mag Judge Virginia A. Mathis  setting conditions
               of release; Bond set to RELEASED OR for Carlos Humberto
               Becerra. (cc:  usa pts cnsl) (sd) [Entry date 07/20/98]

7/1/98    5    NOTICE of Appearance of attorney Patrick Hall of San Diego
               CA retained, by dft Becerra. (sd) [Entry date 07/20/98]

7/13/98   9    NOTICE by dft Carlos Humberto Becerra Jr of deliverance of
               passport to US Dist Court Phx AZ (bw) [Entry date 07/24/98]

7/17/98   6    MOTION for continuance of motion deadline date   [6-1] by
               Carlos Humberto Becerra Jr (mm) [Entry date 07/22/98]

7/17/98   7    Declaration of Patrick Q Hall filed by Carlos Humberto
               Becerra Jr in support of motion for continuance of motion
               deadline (mm) [Entry date 07/22/98]

7/17/98   8    NOTICE by dft Carlos Humberto Becerra Jr of service by mail
               of motion to continue motion deadline and declaration (mm)
               [Entry date 07/22/98]

7/22/98   10   ORDER  by Judge Stephen M. McNamee granting  motion for
               continuance of motion deadline date   [6-1] by Carlos
               Humberto Becerra Jr ; pretrial motions ddl set for 7/30/98
               for Carlos Humberto Becerra Jr (bw) [Entry date 07/24/98]

8/3/98    11   AFFIDAVIT (declaration) of Patrick Q Hall  as to Carlos
               Humberto Becerra Jr (bw) [Entry date 08/04/98]
```

```
Proceedings include all events.                                    CLOSED
2:98cr368-ALL USA v. Becerra
                                                                   2DAYS
```

| Date | # | Entry |
|---|---|---|
| 8/3/98 | 12 | MOTION for extension of time to file pretrial motions [12-1] by Carlos Humberto Becerra Jr  LO (bw) [Entry date 08/04/98] |
| 8/3/98 | 13 | ORDER by Judge Stephen M. McNamee case set for trial 9/1/98; cnsl to appear atstatus hearing set for 8:30 8/20/98 for Carlos Humberto Becerra Jr (bw) [Entry date 08/04/98] |
| 8/4/98 | 18 | ORDER by Mag Judge Virginia A. Mathis: Modifying the conditions of release previously set. Dft shall remain released on his own recognizance w/o the requirement that he report to PTS. In all other respects, the conditions of release set on 7/1/98 shall remain in full force and effect. conditions of release (cc: cnsl usm pts vam smm) (sd) [Entry date 08/17/98] |
| 8/5/98 | 19 | PROOF OF SVC by mail upon USA's Office: Mtn for Continuance of Mtn Deadline Date; Decl of Patrick Hall and Order for Continuance of Mtn Deadline Date. (sd) [Entry date 08/17/98] |
| 8/11/98 | 14 | MOTION to continue trial (set for 9/1/98) by Carlos Becerra Jr [14-1] (sd) [Entry date 08/14/98] |
| 8/11/98 | 15 | DECLARATION by Patrick Q. Hall, atty for dft, re #14 (sd) [Entry date 08/14/98] |
| 8/11/98 | 17 | NOTICE by dft of proof of svc of mtn for continuance of trial date; declaration of Patrick Q. Hall, and Order for Continuance of Trial date to US Atty's Office. (sd) [Entry date 08/17/98] |
| 8/13/98 | 16 | ORDER by Judge Stephen M. McNamee granting motion to continue trial (set for 9/1/98) by Carlos Becerra Jr [14-1], granting motion for extension of time to file pretrial motions [12-1] by Carlos Humberto Becerra Jr ; pretrial motions ddl set for 8/21/98 for Carlos Humberto Becerra Jr ; trial set for 9:00 10/6/98 for Carlos Humberto Becerra Jr ; status hrg vacated, excludable delay XT started.  (cc: cnsl usp pts) (sd) [Entry date 08/14/98] |
| 8/18/98 | 20 | MOTION for extension of time to file pretrial motions by dft Becerra Jr [20-1] (sd) [Entry date 08/26/98] |
| 8/18/98 | 21 | PROOF of svc by mail of mtn for continuance of mtn deadline date; declaration of Patrick Q. Hall; and Order for Continuance of Mtn Deadline Date to AUSA. (sd) [Entry date 08/26/98] |
| 8/18/98 | 22 | DECLARATION of Patrick Q. Hall filed by Carlos Humberto Becerra Jr (sd) [Entry date 08/26/98] |

```
Proceedings include all events.                              CLOSED
2:98cr368-ALL USA v. Becerra
                                                             2DAYS
8/19/98    23      ORDER  by Judge Stephen M. McNamee granting  motion for
                   extension of time to file pretrial motions by dft Becerra
                   Jr [20-1] ; pretrial motions ddl set for 9/4/98 for Carlos
                   Humberto Becerra Jr.  (cc:  cnsl usp pts) (sd)
                   [Entry date 08/27/98]

9/1/98     24      MOTION to modify conditions of release by Carlos Becerra
                   Jr [24-1] (sd) [Entry date 09/03/98]

9/4/98     25      ORDER  by Judge Stephen M. McNamee granting  motion to
                   modify conditions of release by Carlos Becerra Jr [24-1].
                   Any further motions for modification of conditions of
                   release must reflect the position of the pretrial services
                   officer in addition to that of the US Attorney's Office.
                   (cc:  cnsl usp pts) (sd) [Entry date 09/10/98]

9/8/98     26      MOTION for disclosure of grand jury testimony by dft
                   Becerra Jr [26-1] (sd) [Entry date 09/10/98]

9/8/98     27      MOTION to suppress evidence by dft Becerra Jr [27-1], and
                   for evidentiary hearing by dft Becerra Jr [27-2] (sd)
                   [Entry date 09/10/98]

9/8/98     28      MEMORANDUM by Carlos Humberto Becerra Jr in support of
                   motion for evidentiary hearing by dft Becerra Jr [27-2] (sd)
                   [Entry date 09/10/98]

9/8/98     29      MOTION for search and disclosure of electronic
                   surveillance by dft Becerra Jr [29-1] (sd)
                   [Entry date 09/10/98]

9/8/98     30      ORDER  by Judge Stephen M. McNamee status hearing set for
                   8:30 9/21/98 for Carlos Humberto Becerra Jr.  (cc:  cnsl
                   usp pts) (sd) [Entry date 09/10/98]

9/14/98    31      MINUTE ORDER The following motions are set for hearing on
                   9/23/98 at 1:30:  motion for search and disclosure of
                   electronic surveillance by dft Becerra Jr [29-1]; motion to
                   suppress evidence by dft Becerra Jr [27-1]; motion for
                   evidentiary hearing by dft Becerra Jr [27-2]; and motion
                   for disclosure of grand jury testimony by dft Becerra Jr
                   [26-1]. (cc: cnsl usp pts ck) [31-1] (sd)
                   [Entry date 09/15/98]

9/16/98    32      MOTION to extend time to respond to dft's mtns by USA as
                   to Carlos Becerra Jr [32-1], and to continue the hearing
                   on motions by USA as to Carlos Becerra Jr [32-2] (sd)
                   [Entry date 09/24/98]

9/18/98    33      MOTION to continue trial date (set 10/6/98) by dft Carlos
                   Becerra Jr [33-1] (sd) [Entry date 09/28/98]

9/18/98    34      PROOF of svc by mail (as to #33 and #35). (sd)
                   [Entry date 09/28/98]

Docket as of February 3, 1999 3:01 pm                        Page 5
```

```
Proceedings include all events.                              CLOSED
2:98cr368-ALL USA v. Becerra
                                                             2DAYS

9/18/98    35      DECLARATION of Patrick Q. Hall (sd) [Entry date 09/28/98]

9/22/98    36      ORDER  by Judge Stephen M. McNamee granting  motion to
                   extend time to respond to dft's mtns by USA as to Carlos
                   Becerra Jr [32-1], to be filed NLT 11/6/98; granting motion
                   to continue the hearing on motions by USA as to Carlos
                   Becerra Jr [32-2], re motion for search and disclosure of
                   electronic surveillance by dft Becerra Jr [29-1] ; hearing
                   set for 3:00 11/16/98 for Carlos Humberto Becerra Jr, re
                   motion to suppress evidence by dft Becerra Jr [27-1] ;
                   hearing set for 3:00 11/16/98 for Carlos Humberto Becerra
                   Jr, re motion for evidentiary hearing by dft Becerra Jr
                   [27-2] ; hearing set for 3:00 11/16/98 for Carlos Humberto
                   Becerra Jr, re motion for disclosure of grand jury
                   testimony by dft Becerra Jr [26-1] ; hearing set for 3:00
                   11/16/98 for Carlos Humberto Becerra Jr (bw)
                   [Entry date 10/01/98]

9/22/98    37      ORDER  by Judge Stephen M. McNamee granting  motion to
                   continue trial date (set 10/6/98) by dft Carlos Becerra Jr
                   [33-1] resetting mtn hrg to 11/16/98 at 3:00 PM; trial set
                   for 9:00 12/1/98 for Carlos Becerra Jr,
                   excludable delay int of justice started (bw)
                   [Entry date 10/01/98]

11/2/98    38      ORDER  by Judge Stephen M. McNamee status hearing set for
                   8:30 11/16/98 for Carlos Humberto Becerra Jr,  before
                   Judge Stephen M. McNamee (jh) [Entry date 11/05/98]

11/10/98   39      MOTION  to continue motion hrg date of 11/16/98 and trial
                   date of  12/1/98 [39-1] by Carlos Humberto Becerra Jr (dmt)
                   [Entry date 11/12/98]

11/12/98   40      MOTION to continue motions hearing set for 11/16/98 at
                   3:00 for 8 wks by dft Carlos Becerra Jr [40-1] and  to
                   continue trial (set 1/5/99) by Carlos Becerra Jr [40-2] (sd)
                   [Entry date 11/18/98]

11/12/98   41      DECLARATION of Patrick Q. Hall re #40. (sd)
                   [Entry date 11/18/98]

11/12/98   42      PROOF OF SERVICE by mail by dft's atty (re #40 and 41). (sd)
                   [Entry date 11/18/98]




Docket as of February 3, 1999 3:01 pm                        Page 6
```

```
Proceedings include all events.                          CLOSED
2:98cr368-ALL USA v. Becerra
                                                         2DAYS
11/13/98  43     ORDER  by Judge Stephen M. McNamee granting  motion to
                 continue motions hearing set for 11/16/98 at 3:00 for 8 wks
                 by dft Carlos Becerra Jr [40-1], granting  motion  to
                 continue trial (set 1/5/99) by Carlos Becerra Jr [40-2],
                 granting  motion  to continue moticn hrg date of 11/16/98
                 and trial date of  12/1/98 [39-1] by Carlos Humberto
                 Becerra Jr, re motion for search and disclosure of
                 electronic surveillance by dft Becerra Jr [29-1] ; hearing
                 set for 1:30 1/8/99 for Carlos Humberto Becerra Jr, re
                 motion to suppress evidence by dft Becerra Jr [27-1] ;
                 hearing set for 1:30 1/8/99 for Carlos Humberto Becerra Jr,
                 re motion for evidentiary hearing by dft Becerra Jr [27-2] ;
                  hearing set for 1:30 1/8/99 for Carlos Humberto Becerra
                 Jr, re motion for disclosure of grand jury testimony by dft
                 Becerra Jr [26-1] ; hearing set for 1:30 1/8/99 for Carlos
                 Humberto Becerra Jr ; trial set for 9:00 1/26/99 for
                 Carlos Humberto Becerra Jr possible change of plea hearing
                 set for 1:00 1/4/99 for Carlos Humberto Becerra Jr,
                 excludable delay interest of justice started.  (cc:   cnsl
                 usp pts) (sd) [Entry date 11/18/98]

1/4/99    44     (FILED: 1/4/99) MINUTES:  before Judge Stephen M. McNamee
                 Ct Rptr: Mike Benitez:  Mr. Schneider is present for a COP
                 hearing.  He advises the Crt that Mr. Hall's office
                 contacted him this morning to inquire if this hearing had
                 been continued to allow for Rule 20 paperwork to be
                 completed.  Mr. Schneider has no obj to a Rule 20-out;
                 however, he was unaware of this req before this date.  At
                 4:30 the court is in session w/Patrick Schneider appearing
                 for the gov and Patrick Hall appearing telephonically for
                 the dft.  Mr. Hall advises the crt that he thought the COP
                 hearing had been vacated pending the completion of Rule 20
                 paperwork. The mtn hearing set for 1/8/99 is vacated. Cnsl
                 shall follow up on the Rule 20 paperwork coming from San
                 Diego. Mr. Hall shall file a status report or a mtn to
                 continue the trial in this matter before the 1/26/99 trial
                 date. plea hrg vacated [cc: cnsl usp pts ck] [44-2] (sd)
                 [Entry date 01/11/99]

1/25/99   45     MOTION to continue trial (set 1/26/99) by Carlos Becerra
                 Jr [45-1] (sd) [Entry date 01/25/99]

1/25/99   46     DECLARATION of Patrick Q. Hall (re mailing of #45 to
                 opposing cnsl). (sd) [Entry date 01/25/99]

1/26/99   47     RULE 20 Consent to Transfer Jurisdiction  to Southern
                 District of California as to Carlos Humberto Becerra Jr cc:
                 indi, dkt sht, consent to transfer dismissing defendant
                 Carlos Humberto Becerra (1) count(s) 1.  Rule 20 to
                 Southern District of California,   Case closed (rew)
                 [Entry date 01/29/99]


Docket as of February 3, 1999 3:01 pm                    Page 7
```

```
Proceedings include all events.                                    CLOSED
2:98cr368-ALL USA v. Becerra
                                                                   2DAYS
1/29/99    48      ORDER  by Judge Stephen M. McNamee granting motion to
                   continue trial; trial reset to 3/2/99 at 9:00 am to be
                   vacated upon submission of Rule 20 paperwork from Southern
                   District of California (order signed 1/26/99, date Rule 20
                   paperwork received; order not filed and docketed until
                   1/29/99) re: order [48-1] (rew) [Entry date 01/29/99]

2/3/99     --      REMARK as to Carlos Humberto Becerra Jr; Rule 20 paperwork
                   mailed to Southern District of California this date (rew)
                   [Entry date 02/03/99]
```

I hereby attest and certify on 2-3-99 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _Ruth C Williams_ Deputy